2024-1504, 2024-1566

---

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

---

**CVB, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,**
*Defendants-Appellees*

---

Appeals from the United States Court of International Trade in
No. 1:21-cv-00288-SAV, Judge Stephen Alexander Vaden

---

**MOTION FOR AN EXTENSION OF TIME
FOR CVB, INC. TO FILE PRINCIPAL BRIEF**

Geoffrey M. Goodale
Andrew R. Sperl
Lauren E. Wyszomierski
**DUANE MORRIS LLP**
901 New York Avenue NW, Suite 700 East
Washington, DC 20001
gmgoodale@duanemorris.com
(202) 776-5211

Dated: March 21, 2024          *Counsel to Plaintiff-Appellant CVB, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2024-1504, 2024-1566

**Short Case Caption** CVB, Inc. v. US

**Filing Party/Entity** CVB, Inc.

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/21/2024

Signature: /s/ Geoffrey M. Goodale

Name: Geoffrey M. Goodale

FORM 9. Certificate of Interest

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. ☐ None/Not Applicable |
| CVB, Inc. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable              ☑    Additional pages attached

| | | |
|---|---|---|
| See Attachment A. | | |
| | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable              ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

# ATTACHMENT A

**Attachment A to Certificate of Interest**
**CAFC No. 2024-1504, 2024-1566**

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

*Appearing before this Court:*

**Duane Morris LLP**
Geoffrey M. Goodale, Partner
Andrew R. Sperl, Partner
Lauren E. Wyszomierski, Associate
Taylor J. Hertzler, Associate

*Before trial court or agency:*

**Duane Morris LLP**
Geoffrey M. Goodale, Brian H. Pandya,
Andrew R. Sperl, Ryan M. Eletto, Nathan J.
Heeter, and Lauren E. Wyszomierski

**Larson LLP**
Stephen G. Larson, Robert C. O'Brien, and
Paul A. Rigali

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Plaintiff-Appellant CVB, Inc. ("CVB") respectfully moves for an extension of 60 days to file its opening brief, which would make the brief due on Friday, June 21, 2024. In accordance with the order issued by this Court consolidating appeals 2024-1504 and 2024-1566 on March 20, 2024 (ECF 16) (the "Order"), the current deadline for CVB to file its principal brief is April 22, 2024. This is CVB's first extension request. Counsel for Defendant-Cross-Appellant the United States (the "U.S. International Trade Commission" or the "Commission") has consented to the proposed 60-day extension. Counsel for Defendants-Appellees Brooklyn Bedding, LLC, Corsicana Mattress Co., Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises, Inc., Leggett & Platt, Inc., International Brotherhood of Teamsters, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO (the "Mattress Petitioners") has consented to a two-week extension, but opposes any extension longer than two weeks. As discussed below, however, good cause exists to grant the full 60-day extension as requested by Plaintiff-Appellant and as consented to by the Commission.

From now until early June, counsel for CVB anticipates that they will be occupied by an unusually high volume of court and administrative agency filings on behalf of their clients, including CVB itself. This work includes extensive pre-

1

hearing, hearing, and post-hearing matters on behalf of CVB relating to the most recent agency-level proceeding at the Commission involving mattresses, *Mattresses from Bosnia and Herzegovina, Bulgaria, Burma, India, Indonesia, Italy, Kosovo, Mexico, Philippines, Poland, Slovenia, Spain, and Taiwan*, Investigation Nos. 701-TA-693 and 731-TA-1629-1640 ("*Mattresses III*").

Specifically, the scheduling order in *Mattresses III* was published by the Commission on March 6, 2024. Subsequently, CVB requested that the undersigned counsel enter an appearance before the Commission on their behalf in *Mattresses III*, and the undersigned counsel entered their appearance for CVB before the Commission on March 13, 2024. The undersigned counsel were, therefore, only recently engaged by CVB for their upcoming work in the *Mattresses III* proceeding.

CVB's questionnaire responses in the *Mattresses III* ITC proceeding are currently due on April 4, 2024. Subsequently, the undersigned counsel will need to review and analyze questionnaire responses that are expected to be submitted by many other entities in early April and the Commission's pre-hearing staff report that also will be released in April in order to prepare CVB's pre-hearing brief that is due on May 3, 2024. The undersigned counsel will then need to assist CVB personnel in preparing for and participating in the Commission's hearing that is scheduled for May 9, 2024. Following the hearing, CVB's post-hearing brief is due on May 16, 2024. On June 4, 2024, the Commission will make available to parties all

information on which they have not had an opportunity to comment, and CVB's final comments on this information are due on June 6, 2024. Based on prior experience in previous ITC proceedings, we anticipate that the pre- and post-hearing briefing, including the comments due in early June, will be lengthy and substantive, requiring a significant investment of time from CVB's counsel.

In addition to the obligations discussed above, counsel also will be busy with anticipated filings in unrelated matters. In particular, Andrew R. Sperl anticipates preparing and filing substantial post-trial briefs in the Delaware Court of Chancery in April and May in connection with a trial that concluded earlier this month. All of this requires a significant investment of time by counsel over the next two months.

CVB believes that the requested extension will not impose a hardship on any other party. As noted above, via e-mail on March 18, 2024, counsel for the Mattress Petitioners, Yohai Baisburd, indicated that the Mattress Petitioners would oppose any extension of longer than two weeks. However, as also discussed above, via e-mail on March 15, 2024, counsel for the Commission, Jane C. Dempsey, indicated the Commission's consent to the full 60-day extension requested in this motion. Counsel for both Mattress Petitioners and the Commission confirmed their positions regarding this motion via e-mail on March 21, 2024, after the Order was issued by this Court on March 20, 2024.

For the forgoing reasons, CVB respectfully requests that this Court grant this motion for an extension of 60 days so that its principal brief is due on June 21, 2024.

Respectfully submitted,

/s/ Geoffrey M. Goodale

Geoffrey M. Goodale
Andrew R. Sperl
Lauren E. Wyszomierski
**DUANE MORRIS LLP**
901 New York Avenue, NW
Suite 700 East
Washington, DC 20001
gmgoodale@duanemorris.com
(202) 776-5211

Dated: March 21, 2024          *Counsel to Plaintiff-Appellant CVB, Inc.*

## DECLARATION

I, Geoffrey M. Goodale, state and declare as follows:

1.      I am a partner at Duane Morris LLP and I am principally responsible for representing Plaintiff-Appellant CVB, Inc. ("CVB") in this appeal.

2.      The current deadline for CVB to file its brief is April 22, 2024.

3.      I submit this declaration, pursuant to Fed. Cir. R. 26(b)(3), in support of our request for an extension of 60 days to file CVB's principal brief.

4.      The requested extension of 60 days would extend the due date for CVB to file its principal brief up to and including June 21, 2024.

5.      Defendant-Cross-Appellant the United States has consented to the requested 60-day extension.

6.      Defendants-Appellees Brooklyn Bedding, LLC, Corsicana Mattress Co., Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises, Inc., Leggett & Platt, Inc., International Brotherhood of Teamsters, and the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, have consented to a two-week extension, but oppose a longer extension.

7.      The additional time is necessary to account for the obligations in the work schedule of the counsel referenced in this motion (the "CVB Counsel"), which include the following:

a.    Participation in the U.S. International Trade Commission ("ITC") final phase investigation into *Mattresses from Bosnia and Herzegovina, Bulgaria, Burma, India, Indonesia, Italy, Kosovo, Mexico, Philippines, Poland, Slovenia, Spain, and Taiwan*, Investigation Nos. 701-TA-693 and 731-TA-1629-1640.

b.    Specifically, CVB's final phase questionnaire responses are due on April 4, 2024. Subsequently, CVB Counsel will need to review and analyze questionnaire responses that are expected to be submitted by many other entities in early April and the Commission's pre-hearing staff report that also will be released in April in order to prepare CVB's pre-hearing brief that is due on May 3, 2024. CVB Counsel will then need to assist CVB personnel in preparing for and participating in the Commission's hearing that is scheduled for May 9, 2024. CVB's post-hearing brief will then be due May 16, 2024. On June 6, 2024, CVB's comments are due on all information on which they have not had an opportunity to comment. Based on prior experience in previous ITC proceedings, the pre- and post-hearing briefing, including the comments due in early June, will be lengthy and substantive, requiring a significant investment of time from CVB Counsel.

    c.    Significant post-trial briefing by CVB Counsel Andrew Sperl in an unrelated matter, as described above in the motion.

8.    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Geoffrey M. Goodale
Geoffrey M. Goodale
**DUANE MORRIS LLP**
901 New York Avenue, NW
Suite 700 East
Washington, DC 20001
gmgoodale@duanemorris.com
(202) 776-5211

Dated: March 21, 2024    *Counsel to Plaintiff-Appellant CVB, Inc.*

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number**: 2024-1504, 2024-1566

**Short Case Caption**: CVB, Inc. v. US

> **Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 1,145 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 03/21/2024

Signature: /s/ Geoffrey M. Goodale

Name: Geoffrey M. Goodale

Save for Filing