2024-1504, 2024-1566

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**CVB, Inc.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendants-Cross-Appellant*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS COMPANY, ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES INC., LEGGETT & PLATT, INCORPORATED, THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO**

*Defendants-Appellees*

Appeal From the United States Court of International Trade
Court No. 1:21-cv-00288-SAV, Judge Stephen A. Vaden

## OPPOSITION BY DEFENDANTS-APPELLEES TO MOTION FOR EXTENSION OF TIME BY CVB, INC.

|  |  |
|---|---|
|  | Yohai Baisburd |
|  |  |
|  | CASSIDY LEVY KENT (USA) LLP |
|  | 900 19th Street, N.W., Suite 400 |
| March 22, 2024 | Washington, DC 20006 |

**Opposition to Motion for Extension of Time by CVB, Inc.**

Pursuant to Rule 27(b) of the Federal Rules of Appellate Procedure and the Federal Circuit Rules, Defendant-Appellees Brooklyn Bedding, LLC, Corsicana Mattress Company, Elite Comfort Solutions, FXI, Inc., Innocor, Inc., Kolcraft Enterprises Inc., Leggett & Platt, Incorporated, The International Brotherhood of Teamsters, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO ("Appellees") respectfully request that the Court deny the motion by Plaintiff-Appellant CVB, Inc. ("Appellant") for an extension of time of sixty (60) days to file its principal brief in this appeal. As Appellant acknowledges, Appellees will only consent to an extension of fourteen (14) days.

Specifically, Appellant has failed to show good cause exists to grant an extension of time for longer than fourteen (14) days, pursuant to Federal Circuit Rule 26(b)(3). Appellant, as the party who requested this appeal, was aware of the prescribed deadline to file its principal brief—within sixty (60) days of the Court's docketing of the appeal, per Federal Circuit Rule 31(a)(1)(A)—but is now requesting the Court grant it more than twice that amount of time. Furthermore, the opinion of the underlying court was issued more than ninety days ago, *see CVB, Inc. v. United States et al.*, Ct. No. 21-cv-00288, Slip Op. 23-184 (Ct. Int'l Trade Dec. 19, 2023), giving Appellant ample time to construct its principal brief.

That Appellant is also involved in other administrative proceedings—the pendency of which was known to Appellant before filing this appeal—is not enough to warrant a two-month extension of time. Appellees, as petitioners, are also actively involved in the referenced *Mattresses III* proceeding before the International Trade Commission. The hearing in that proceeding is not scheduled to take place until May 9, 2024, giving Appellant ample time to participate in that proceeding as well as this appeal within the prescribed deadlines.

Appellant has thus had ample time to craft its principal brief and was well aware of the deadline to file that brief as the party who filed the instant appeal. Thus, good cause does not exist to grant Appellants a 60-day extension of time.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court deny Appellant's motion for extension of time to file its principal brief. Appellees only consent to an extension of fourteen (14) days.

/s/ Yohai Baisburd
Yohai Baisburd
CASSIDY LEVY KENT (USA) LLP
900 19th Street, N.W., Suite 400
Washington, DC 20006

## DECLARATION OF YOHAI BAISBURD

Pursuant to 28 U.S.C. § 1746 and Federal Circuit Rule 27(a)(4), I declare under penalty of perjury that the factual statements in the foregoing motion are true and correct.

|  |  |
|---|---|
|  | /s/ Yohai Baisburd |
|  | Yohai Baisburd |
|  | CASSIDY LEVY KENT (USA) LLP |
|  | 900 19th Street, N.W., Suite 400 |
| March 22, 2024 | Washington, DC 20006 |

FORM 9. Certificate of Interest                                                      Form 9 (p. 1)
                                                                                                                                     March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## **CERTIFICATE OF INTEREST**

**Case Number**    2024-1504, 2024-1566
**Short Case Caption**    CVB, Inc. v. US
**Filing Party/Entity**    Mattress Petitioners

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 03/22/2024                           Signature:    /s/ Yohai Baisburd

                                                                         Name:    Yohai Baisburd

FORM 9. Certificate of Interest　　　　　　　　　　　　　　　　　　　　　　　　Form 9 (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☑ None/Not Applicable |
| Brooklyn Bedding, LLC | | |
| Corsicana Mattress Company | | |
| Elite Comfort Solutions (now part of Leggett & Platt, Incorporated) | | |
| FXI, Inc. | | |
| Innocor, Inc. (now part of FXI, Inc.) | | |
| Kolcraft Enterprises Inc. | | |
| Leggett & Platt, Incorporated | | |
| The International Brotherhood of Teamsters, and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO | | |
| | | |
| | | |
| | | |

☐　Additional pages attached

FORM 9. Certificate of Interest                                     Form 9 (p. 3)
                                                                    March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐  None/Not Applicable        ☑  Additional pages attached

| See Attachment A. | | |
| --- | --- | --- |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑  Yes (file separate notice; see below)    ☐  No    ☐  N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑  None/Not Applicable        ☐  Additional pages attached

|  |  |  |
| --- | --- | --- |
|  |  |  |

**Attachment A to Certificate of Interest**
**CAFC No. 2024-1504, 2024-1566**

The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

| | |
|---|---|
| *Appearing before this Court:* | **CASSIDY LEVY KENT (USA) LLP**<br>Yohai Baisburd, Partner<br>Mary Jane Alves, Partner<br>Nicole Brunda, Associate<br>Chase J. Dunn, Associate<br>Margaret E. Monday, Associate<br>Sydney Reed, Associate |
| *Before trial court or agency:* | **CASSIDY LEVY KENT (USA) LLP**<br>Mary Jane Alves, Yohai Baisburd, William N. Baldwin, Thomas M. Beline, James R. Cannon, Jr., Robert C. Cassidy, Jr., Charles S. Levy, Myles S. Getlan, David P. Sanders, Ulrika K. Swanson, Jonathan M. Zielinski, James E. Ransdell, Sarah E. Shulman, Nicole Brunda, Chase J. Dunn, Margaret E. Monday, Sydney Reed *and formerly*: Jeffery B. Denning, Laurence W. Frierson, Thomas R. Graham, Jack A. Levy |

FORM 19. Certificate of Compliance with Type-Volume Limitations

Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2024-1504, 2024-1566

**Short Case Caption:** CVB, Inc. v. US

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __573__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 03/22/2024

Signature: /s/ Yohai Baisburd

Name: Yohai Baisburd

Save for Filing