

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 8, 2024

2024-1504 - CVB, Inc. v. US

# NOTICE OF NON-COMPLIANCE

The documents (Confidential and Nonconfidential Response Briefs) submitted by Kolcraft Enterprises, Inc., FXI, Inc., Innocor, Inc., Elite Comfort Solutions, International Brotherhood of Teamsters, Brooklyn Bedding, LLC, United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO, Leggett & Platt, Inc., and Corsicana Mattress Co. are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a).

  *[Clerk's Note: "Mattress Petitioners" is not a part of the official caption.]*

- Pages of the nonconfidential version containing redactions must bear a legend so stating. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

  *[Clerk's Note: The legend should only be on pages containing redactions.]*

- The nonconfidential version must describe the general nature of the confidential material that has been deleted, with applicable page numbers, in the table of contents, or in the introductory paragraph of the document if it does not contain a table of contents. Fed. Cir. R. 25.1(e)(1)(B). Refer to the Practice Notes to Rule 25.1 (Describing the General Nature of Confidential Material Deleted from the Nonconfidential Version).

- The nonconfidential version must include a general descriptor of the redacted material over the deletion or redaction. Fed. Cir. R. 25.1(e)(1)(B). Refer to the

Practice Notes to Rule 25.1 (Noting Redactions in the Nonconfidential Version).

- References in the brief to appendix pages must follow the numbering format specified in Fed. Cir. R. 30(b)(4)(E). Refer to "Appendix Page References" in the court's Electronic Filing Procedures ("CM/ECF User's Guide") adopted pursuant to Fed. Cir. R. 25 ([Link](#)).

  *[Clerk's Note: Non-consecutive page references are incorrectly formatted (e.g. Appx123969, 124023 on page 3).]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: K. Heidrick, Deputy Clerk