# Nos. 24-1504, 24-1566

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

**CVB, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant,*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,**
*Defendants-Appellees.*

Appeal from the United States Court of International Trade
Case No. 1:21-cv-00288-SAV, Hon. Stephen A. Vaden

### MOTION BY THE INTERNATIONAL TRADE COMMISSION TRIAL LAWYERS ASSOCIATION TO FILE AN *AMICUS* BRIEF IN SUPPORT OF THE U.S. INTERNATIONAL TRADE COMMISSION OUT OF TIME

| | |
|---|---|
| David H. Hollander<br>*President*<br>International Trade Commission Trial Lawyers Association<br>P.O. Box 6186<br>Benjamin Franklin Station<br>Washington, DC 20004 | George C. Summerfield<br>K&L Gates LLP<br>70 West Madison Street<br>Chicago, Illinois 60602<br>(312) 807-4376 |

Attorneys for *Amicus Curiae*
International Trade Commission Trial Lawyers Association

Dated: October 8, 2024

# RULE 26.1 CORPORATE DISCLOSURE STATEMENT

The International Trade Commission Trial Lawyers Association is a nonprofit corporation organized under the laws of the District of Columbia.[1] It has no parent corporation. No publicly held corporation owns ten percent or more of its stock.

---

[1] No government employee who is a member of the U.S. International Trade Commission Trial Lawyers' Association participated in the preparation of this motion.

## ARGUMENT

The International Trade Commission Trial Lawyers Association ("ITCTLA") hereby requests leave to file its accompanying *Amicus* brief in the afore-captioned appeals supporting the position of the United States International Trade Commission regarding the treatment of confidential information. The ITCTLA has secured the consent of all parties to file its *Amicus* brief. The ITCTLA requests an extra day to file its *Amicus* brief, which is out of time due to a clerical docketing error. The delay of one day in the filing of the brief will not work a prejudice on any party to these Appeals.

        Respectfully submitted,

        */s/ George C. Summerfield*
        George C. Summerfield
        K&L Gates LLP
        70 West Madison Street
        Chicago, Illinois 60602
        (312) 807-4376

        David H. Hollander
        *President*
        International Trade Commission
        Trial Lawyers Association
        P.O. Box 6186
        Benjamin Franklin Station
        Washington, DC 20004

        Attorneys for *Amicus Curiae*
        International Trade Commission
        Trial Lawyers Association

Dated: October 8, 2024

## **CERTIFICATE OF SERVICE**

I, George C. Summerfield, hereby certify that the foregoing was served by electronic mail this 8th day of October, 2024 on the following parties:

| NAME | EMAIL |
|---|---|
| Geoffrey Myles Goodale, Esq. | gmgoodale@duanemorris.com |
| Jane Dempsey, Esq. | jane.Dempsey@usitc.gov |
| Andrea C. Casson | andrea.casson@usitc.gov |
| Yohai Baisburd | ybaisburd@cassidylevy.com |

*/s/ George C. Summerfield*
George C. Summerfield

| FORM 19. Certificate of Compliance with Type-Volume Limitations | Form 19 |
|---|---|
| | July 2020 |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 24-1504, 24-1566

**Short Case Caption:** CVB, Inc. v. US

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __96__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 10/08/2024          Signature: /s/ George C. Summerfield

                          Name: George C. Summerfield

Save for Filing