

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 9, 2024

2024-1504 - CVB, Inc. v. US

## NOTICE OF NON-COMPLIANCE

The document (Amicus Brief) submitted by Customs and International Trade Bar Association is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The caption provided on the document does not follow the official caption provided by the Clerk. The official caption can be found on the docket report. Fed. Cir. R. 32(a).

- The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and <u>must identify the party or parties supported or indicate neither party</u>. Fed. R. App. P. 29(a)(4).

- All counsel whose names appear on a filing must submit an entry of appearance (except for supervisory government officials listed in an ex officio capacity). Fed. Cir. R. 47.3(b)(1).

- The document is not signed. All briefs, motions, and other papers must be signed. Fed. R. App. P. 32(d). An electronic signature must follow the format prescribed by Fed. Cir. R. 25(g)(1)-(2). Refer to the court's [Electronic Filing Procedures](#) ("Signature Format").

- The contents of the brief do not appear in the correct order. Fed. Cir. R. 28(a); Fed. Cir. R. 28.1(d).

  *[Clerk's Note: The certificate of compliance must be placed last in the brief.]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: K. Heidrick, Deputy Clerk