

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

October 11, 2024

2024-1504 - CVB, Inc. v. US

# NOTICE OF NON-COMPLIANCE

The documents (Motion to File Out of Time, Amicus Brief, Entry of Appearance) submitted by International Trade Commission Trial Lawyers Association are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit corrected versions of these documents correcting the following:

<u>Amicus Brief</u>

- The document does not contain a complete Certificate of Interest. Fed. Cir. R. 47.4(b).

- The cover of an amicus brief must indicate <u>whether the brief supports affirmance or reversal</u> and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

<u>Motion to File Out of Time</u>

- The filer selected an incorrect relief. When refiling a corrected motion, please select the following relief(s): **Extend Time to File Brief**. Refer to the court's [Electronic Filing Procedures](#) ("Motions").

- The document does not contain a complete Certificate of Interest. Fed. Cir. R. 47.4(b).

- The motion does not contain a statement of consent/opposition for filing the motion. Fed. Cir. R. 27(a)(2).

- The extension request does not contain the required affidavit or declaration. Fed. Cir R. 26(b)(1) (extension within 7 days of deadline).

<u>Entry of Appearance</u>

- The contact information for David Hollander on the form does not match the information associated with the user's account. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: K. Heidrick, Deputy Clerk