# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

**Case Number** 2024-1504

**Short Case Caption** CVB, Inc. v. United States

> **Instructions.** Use this form only to file a joint stipulation of voluntary dismissal pursuant to Fed. R. App. P. 42(b)(1). This form may not be used if a motion is required pursuant to Fed. R. App. P. 42(b)(2)-(3). Below, please identify each case number to be dismissed separately, including any consolidated case numbers.

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), all parties hereby stipulate to the voluntary dismissal of the below-noted case number(s):

2024-1504

**The cross-appeal at 2024-1566 is not to be dismissed.

Costs are to be assigned as follows:

☑ Each side shall bear their own costs.
☐ Other:

Date: 10/29/2024

Signature: /s/ Geoffrey M. Goodale
Name: Geoffrey M. Goodale
Party Name: CVB, Inc.

Date: 10/29/2024

Signature: /s/ Jane C. Dempsey (w/ consent)
Name: Jane C. Dempsey
Party Name: U.S. Int'l Trade Comm'n

☑ Additional pages attached

(signatures continued)

Date: October 29, 2024	Signature:	/s/ Mary Jane Alves
					(w/ consent)

	Name:	Mary Jane Alves

	Party Name:	Brooklyn Bedding, LLC; Corsicana Mattress Co.; Elite Comfort Solutions; FXI, Inc.; Innocor, Inc.; Kolcraft Enterprises, Inc.; Leggett & Platt, Inc.; International Brotherhood of Teamsters; United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union, AFL-CIO