# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**CVB, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Cross-Appellant*

**BROOKLYN BEDDING, LLC, CORSICANA MATTRESS CO., ELITE COMFORT SOLUTIONS, FXI, INC., INNOCOR, INC., KOLCRAFT ENTERPRISES, INC., LEGGETT & PLATT, INC., INTERNATIONAL BROTHERHOOD OF TEAMSTERS, UNITED STEEL, PAPER AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AFL-CIO,**
*Defendants-Appellees*

Appeals from the United States Court of International Trade in No. 1:21-cv-00288-SAV, Judge Stephen Alexander Vaden

## NOTICE OF NON-PARTICIPATION

|   |   |
|---|---|
|   | Geoffrey M. Goodale |
|   | Andrew R. Sperl |
|   | Lauren E. Wyszomierski |
|   | **DUANE MORRIS LLP** |
|   | 901 New York Avenue NW, Suite 700 East |
|   | Washington, DC 20001 |
|   | gmgoodale@duanemorris.com |
|   | (202) 776-5211 |
| Dated: October 29, 2024 | *Counsel to Plaintiff-Appellant CVB, Inc.* |

Pursuant to the Practice Notes to Federal Circuit Rule 12, Plaintiff-Appellant CVB, Inc. ("CVB") hereby notifies the Court of its non-participation as an appellee in the cross-appeal pending at 2024-1566.[1] CVB does not intend to file a brief nor to join in the briefs of the Defendant-Cross-Appellant or Defendants-Appellees in the cross-appeal. CVB is concurrently filing a Stipulation of Dismissal, pursuant to Federal Rule of Appellate Procedure 42(b)(1), regarding CVB's appeal pending at 2024-1504.

For the forgoing reasons, CVB respectfully requests that this Court remove CVB's designation as an appellee from the official caption of the cross-appeal pending at 2024-1566.

[Signature on following page]

---

[1] CVB recognizes that the Practice Notes provide that an appellee should "promptly" advise the Court of its non-participating status. In this case, it is unfeasible for CVB to continue litigating this matter because of economic considerations that have arisen since the parties filed the appeal and cross-appeal and their respective briefs.

Respectfully submitted,

/s/ Geoffrey M. Goodale

Geoffrey M. Goodale
Andrew R. Sperl
Lauren E. Wyszomierski
**DUANE MORRIS LLP**
901 New York Avenue, NW
Suite 700 East
Washington, DC 20001
gmgoodale@duanemorris.com
(202) 776-5211

Dated: October 29, 2024                *Counsel to Plaintiff-Appellant CVB, Inc.*